UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
DEAN NICOSIA, on behalf of himself and
all others similarly situated,

                         Plaintiff,

                                                          JUDGMENT
                                                          14-CV-4513 (ILG) (LB)

     v.

AMAZON.COM, INC.,

                         Defendant.
-----------------------------------------------------------------------X

        A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on June 14, 2019, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated August 18, 2017, granting Amazon's motion to compel arbitration; and granting Amazon's motion to dismiss Plaintiff's claims; it is

        ORDERED and ADJUDGED that Amazon's motion to compel arbitration is granted; and that Amazon's motion to dismiss Plaintiff's claims is granted.

Dated: Brooklyn, NY                                        Douglas C. Palmer
       June 24, 2019                                         Clerk of Court

                                                        By:    /s/*Jalitza Poveda*
                                                                 Deputy Clerk